# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 21-2011V

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                              *
DORIS AMES,                                   *        Chief Special Master Corcoran
                                              *
              Petitioner,                      *        Filed:  December 12, 2023
                                              *
       v.                                     *
                                              *
SECRETARY OF HEALTH AND                       *
HUMAN SERVICES                                *
                                              *
              Respondent.                     *
                                              *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER CONCLUDING PROCEEDINGS[1]

On December 11, 2023, pursuant to Vaccine Rule 21(a)(1)(B), the parties filed a joint stipulation stating that above-captioned case should be dismissed.

Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

/s/ Brian H. Corcoran
Brian H. Corcoran
Chief Special Master

---

[1] Pursuant to Vaccine Rule 18(b), this Decision was initially filed on July 5, 2022, and the parties were afforded 14 days to propose redactions. The parties did not propose any redactions. Accordingly, this Decision is reissued in its original form for posting on the court's website.